UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LETTIERI,<br><br>                                  Plaintiff,<br><br>v.<br><br>MARUCHAN, INC,<br><br>                                  Defendant. | Case No.:  24-CV-1176-JO-DDL<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CIVIL ACTION FOR FAILURE TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)** |

Plaintiff David Lettieri is a prisoner at Niagara County Jail in Lockport, New York. Dkt. 1.  Proceeding *pro se*, he filed a complaint alleging a packet of instant noodles he purchased while in county jail was mislabeled with incorrect nutritional information.  *Id.*

Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP"), Dkt. 2, which the Court denies for the following reasons.  A prisoner with three or more "strikes," *i.e.*, prior civil cases or appeals dismissed as frivolous, malicious, or for failing to state a claim, cannot proceed IFP absent allegations that he faces "imminent danger of serious physical injury" at the time of filing.  *Andrews v. King*, 398 F.3d 1113, 1116 n.1 (9th Cir. 2005) (quoting 28 U.S.C. § 1915(g)); *see also Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007).  Plaintiff Lettieri is one of these serial filers, *Lettieri v. Facebook*, No. 24-CV-00873-HSG, 2024 WL 3907038, at *3 (N.D. Cal. Aug. 19, 2024) (collecting cases detailing

1

1  Lettieri's three prior strikes disqualifying him from proceeding IFP and noting he had filed
2  at least 128 civil actions in federal court since 2022), and his Complaint centers around an
3  instant ramen package with incorrect nutritional information. *See* Compl. at 4, 6. Because
4  his allegations do not show he faces an imminent danger of serious physical harm, he may
5  not proceed IFP. *See Cervantes*, 493 F.3d at 1053; *see also Ray v. Lara*, 31 F.4th 692, 701
6  (9th Cir. 2022).

      Accordingly, the Court DENIES Plaintiff's motion to proceed IFP [Dkt. 2] and DISMISSES this civil action without prejudice for failure to pay the $405 civil filing and administrative fee required by 28 U.S.C. § 1914(a). The Court also certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). The Court further directs the Clerk of the Court to CLOSE the case.

      Plaintiff must pay the $405 initial filing fee by **February 26, 2025** if he wishes to reopen his case.

      **IT IS SO ORDERED**.

Dated: January 30, 2025

                                             Honorable Jinsook Ohta
                                             United States District Judge